UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2026

EDWIN WILLIAMS,

                Plaintiff,

        -v-

SCHEELS ALL SPORTS, INC.,

              Defendant.

**ORDER**

25-CV-9569 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's letter motion, ECF No. 19 (the "Letter Motion"), requesting to adjourn the March 24, 2026 conference and March 20, 2026 deadline to submit a case management plan. The Letter Motion is **GRANTED**, and the conference is adjourned to **April 27, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 243 846 74#). The parties shall submit their proposed case management plan to the undersigned's chambers via email by **April 23, 2026.**

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 19 as **GRANTED.**

**SO ORDERED.**

Dated: March 18, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1