UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                          :

EDWIN WILLIAMS, on behalf of himself and  :
all others similarly situated,
                                          :

                        Plaintiff,      :             25-CV-9569 (VSB)

                 -against-        :              **<u>ORDER</u>**

                                          :
SCHEELS ALL SPORTS, INC.,            :

                                          :
                        Defendant.   :

                                          :
------------------------------------------------------------ X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 12, 2026
        New York, New York

                                                _____
                                                Vernon S. Broderick
                                                United States District Judge